No. 18-3469

# In the United States Court of Appeals for the Sixth Circuit

LAURENCE BARTELL, *et al.*,

*Appellees-Plaintiffs,*

v.

LTF CLUB OPERATIONS COMPANY, INC.,

*Appellant-Defendant.*

On Appeal from the
United States District Court for the Southern District of Ohio
Civil No. 2:14-cv-00401 (MHW/KAJ)
The Honorable Michael H. Watson

**APPELLANT'S MOTION TO ADD A THIRD JUDGE
AND ORDER RE-ARGUMENT**

Aaron D. Van Oort
Peter C. Magnuson
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, Minnesota 55402
612-766-7000 – Telephone

Rodger L. Eckelberry
Albert G. Lin
BAKER & HOSTETLER, LLP
200 S. Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
614-462-5189 – Telephone

Peter J. Goss
Benjamin W. Hulse
BLACKWELL BURKE P.A.
431 South 7th Street, Suite 2500
Minneapolis, Minnesota 55415
612-343-3200 – Telephone

*Attorneys for LTF Club Operations Company, Inc.*

After this case was argued, the Honorable Damon J. Keith, one of the three judges assigned to the panel, passed away. We join the Court in mourning his loss and celebrating his extraordinary life.

The loss of Judge Keith before the opinion has issued in this case raises a question over whether to add a new, third judge to form a complete panel. Although federal appellate courts are authorized to issue quorum opinions, *see* 28 U.S.C. § 46(d), whether to do so falls within the Court's discretion. Because no Local Rule or Internal Operating Procedure addresses this choice, we contacted the Office of the Clerk for the Sixth Circuit for guidance. The Clerk's Office indicated that the proper method for a party to address the issue would be through a miscellaneous motion, inviting the parties to submit their views in this format.

Appellant LTF Club Operations Company, Inc. ("Life Time") therefore respectfully moves the Court to randomly select a new, third judge to complete the panel and order re-argument before the full panel. Life Time asks for this relief because the stakes of this interlocutory appeal and the complexity of the legal issues presented call for decision by a full panel. This appeal arises under 28 U.S.C. § 1292(b), and it is before the Court only because the Court chose, in its discretion, to accept it. In the Order accepting the appeal, the Court found that the appeal presents controlling questions of law on which there is "substantial ground for difference of opinion," *In re: LTF Club Operations Co., Inc.*, No. 18-301 (6th Cir.) (ECF No. 20-2) (quoting 28 U.S.C. 1292(b)), indicating that the questions presented are "difficult and

1

of first impression," *In re Miedzianowski*, 735 F.3d 383, 384 (6th Cir. 2013). One of the questions presented addresses the constitutional limits placed by Article III on the scope of federal judicial authority. The second question addresses limits placed by the Ohio legislature on the remedies available in class actions (as opposed to individual actions) under Ohio's Consumer Sales Practices Act, implicating claims that may total as much as $120 million.

Given the importance of the issues presented—not just to the parties, but also to the Court itself and to the State of Ohio—the Court should ensure that a full three-judge panel participates in the entire decision-making process, from oral argument all the way to issuing an opinion. Judges and scholars alike have observed how larger panels benefit judicial decision making. As Judge Edwards wrote, the collegiality that operates among panels "enables us to find common ground and reach better decisions." Harry T. Edwards, *The Effects of Collegiality on Judicial Decision Making*, 151 U. Pa. L. Rev. 1639, 1640–41 (2003). In addition—and this is particularly important in a case like this one that presents questions on which there is substantial ground for difference of opinion—the use of appellate majority rule offers "more confidence in the result to which a greater, rather than lesser, number of judges subscribe." Douglas H. Ginsburg & Donald Falk, *The Court En Banc: 1981–1990*, 59 Geo. Wash. L. Rev. 1008, 1035 (1991).

For all these reasons, Life Time respectfully requests that this Court randomly select a new, third judge to complete the panel and order re-argument of the appeal.

                                                                              Respectfully submitted,

Dated: May 17, 2019.                /s/ Aaron D. Van Oort
                                                                         Aaron D. Van Oort
Peter C. Magnuson
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, Minnesota 55402
612-766-7000 – Telephone
612-766-1600 – Facsimile
Aaron.Vanoort@faegrebd.com
Peter.Magnuson@faegrebd.com

Rodger L. Eckelberry
Albert G. Lin
BAKER & HOSTETLER, LLP
200 S. Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
614-462-5189 – Telephone
614-462-2616 – Facsimile
reckelberry@bakerlaw.com
alin@bakerlaw.com

Peter J. Goss
Benjamin W. Hulse
BLACKWELL BURKE P.A.
431 South 7th Street, Suite 2500
Minneapolis, Minnesota 55415
612-343-3200 – Telephone
612-343-3205 – Facsimile
pgoss@blackwellburke.com
bhulse@blackwellburke.com

*Attorneys for LTF Club Operations Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

s/ Aaron D. Van Oort
Aaron D. Van Oort
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, Minnesota 55402
612-766-7000 – Telephone
612-766-1600 – Facsimile
Aaron.Vanoort@faegrebd.com
