## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 03, 2019

Mr. Thomas N. McCormick
Vorys, Sater, Seymour & Pease
P.O. Box 1008
Columbus, OH 43215

Mr. Aaron Daniel Van Oort
Faegre Baker Daniels
90 S. Seventh Street, Suite 2200
Minneapolis, MN 55402

Re: Case No. 18-3469, *Laurence Bartell, et al. v. LTF Club Operations Company*
Originating Case No.: 2:14-cv-00401

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023

cc: Mr. Rodger L. Eckelberry
    Mr. Peter Magnuson
    Mr. Kenneth J. Rubin

Enclosure