No. 18-3469

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| LAURENCE BARTELL, | ) |
|     Plaintiff-Appellee, | ) ) ) |
| JERRY STAUFFER, | ) ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| LTF CLUB OPERATIONS COMPANY, INC.,<br>dba Life Time Fitness, Inc., | ) ) ) |
|     Defendant-Appellant. | ) |

**FILED**
Jun 03, 2019
DEBORAH S. HUNT, Clerk

O R D E R

Before: STRANCH and DONALD, Circuit Judges.[*]

In view of the death of the third member of the panel, the defendant-appellant moves for the appointment of a third judge and the reargument of the appeal. The plaintiff-appellee responds in opposition.

Upon review and consideration, the motion is DENIED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

---

[*] The third member of the panel, the Honorable Damon J. Keith, died on April 28, 2019. This order is entered by the quorum of the panel. 28 U.S.C. § 46(d).